Case 3:23-cv-00347   Document 5   Filed on 10/26/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 26, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

═══════════════
No. 3:23-0347
═══════════════

Roosevelt Harvey, Jr., SPN # 3998175, Plaintiff,

v.

L. Mearlon, Defendant.

## ORDER OF DISMISSAL

Jeffrey Vincent Brown, *United States District Judge:*

Roosevelt Harvey, Jr., who is detained in the Galveston County Jail, filed this civil-rights suit in the Houston Division on October 18, 2023, and the case was transferred to this court. Harvey alleges that the sole defendant, Officer L. Mearlon of the Galveston Police Department, violated his rights in connection with his arrest on May 24, 2023. Dkt. 1. He alleges that he was hit in the head with a hammer and claims false arrest, assault, and false imprisonment. As relief for his claims, Harvey seeks $5.5 million in damages and dismissal of the criminal charges against him.

Harvey's allegations and claims in this lawsuit are substantially identical to his claims in a separate lawsuit he filed in this court on October 12, 2023. *See Harvey v. Galveston Police Dep't et al.*, Civil Action No. 3:23-0337 (S.D. Tex.). In

Civil Action No. 3:23-0337, Harvey brings claims against the Galveston Police Department and Officer Mearlon regarding his arrest on May 24, 2023, alleging that Christal Morgan hit him in the head with a hammer and that Officer Mearlon took Harvey to jail and assaulted him. As in Civil Action No. 3:23-0347, Harvey seeks $5.5 million and dismissal of the criminal charges against him. *See* Dkt. 1 in Civil Action No. 3:23-0337.

Because this lawsuit duplicates Harvey's claims in his previously filed lawsuit, the court concludes that the case at bar was improvidently filed and must be dismissed. To the extent Harvey seeks to amend his claims in Civil Action No. 3:23-0337, his proper recourse is to file a motion for leave to amend in that case.

The court **ORDERS** that this civil action is **DISMISSED** as improvidently filed. This dismissal is without prejudice to consideration of Harvey's claims in Civil Action No. 3:23-0337.

All pending motions in this action, if any, are denied as moot.

The Clerk will provide a copy of this order to the parties.

Signed on Galveston Island this  26th  day of  October         , 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE